

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICOLAS FIBELA, | § | No. 08-23-00165-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number 6 |
| | § | |
| KAREN WOOD, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2019DCV1242) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.